```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------------------

DEAN MOSES,

                Plaintiff,　　　　　24-cv-4291 (JGK)

    - against -　　　　　　　　　ORDER

COMMERCE MEDIA HOLDINGS, LLC,

                Defendant.

------------------------------------------------

**JOHN G. KOELTL, District Judge:**

    The parties are directed to submit a Rule 26(f) report by **September 2, 2024.**

**SO ORDERED.**

**Dated:　　New York, New York**
**　　　　　August 19, 2024**

                                                    /s/ John G. Koeltl

                                          **John G. Koeltl**
                           **United States District Judge**